# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HOLMAN BUILDING ASSOCIATES, LP,<br><br>Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY,<br><br>Defendant. | Case No. 17-cv-02545-BLF<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to *Holman Building Associates, LP v. AMCO Insurance Company*, Case No. 17-cv-899-EJD.

**IT IS SO ORDERED.**

Dated: May 12, 2017

BETH LABSON FREEMAN
United States District Judge